# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MELVIN BERNARD THOMPSON,**

    **Petitioner,**

v.                               Case No. 4:15cv254-MW/GRJ

**JULIE L. JONES, Secretary,**
**Department of Corrections, et al.,**

    **Respondents.**

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 61, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 65. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.[1] The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, is **DENIED**. A Certificate of

---

[1] This Court recognizes there is a scrivener's error on page 2 of the Report and Recommendation. Petitioner was charged by Information on September 19, 1995, not September 19, 2005. ECF No. 16-1 at 14-15).

Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on January 26, 2018.**

**s/Mark E. Walker              ____**
**United States District Judge**